No. 90–525.   TAYLOR, COMMISSIONER OF THE INSURANCE DEPARTMENT FOR ARKANSAS, ET AL. v. FIRST NATIONAL BANK OF EASTERN ARKANSAS.   C. A. 8th Cir.   Motion of American Coun-

cil of Life Insurance for leave to file a brief as *amicus curiae* granted. Certiorari denied.